IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY RICHARDSON,

    Petitioner,                 No. CIV S 08-3027 FCD GGH P

    vs.

SACRAMENTO SUPERIOR COURT

    Respondent.              ORDER
_____/

        On September 28, 2009, petitioner filed an ex parte motion for an amended abstract of judgment (court file # 12). This action was closed on April 24, 2009. Petitioner's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document (# 12) will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: October 13, 2009

                          /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

rich3027.58

1